JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RAABE,

        Plaintiff(s),

vs.

OCEANER SPORTING GOODS CANADA, INC., et al.,

        Defendant(s).

Case No. 2:18-cv-07567-RGK-PLA

ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On December 12, 2018, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) directing plaintiff to file a <u>timely</u> proof of service of the summons and complaint upon defendant. The last day to timely serve the summons and complaint was November 27, 2018. On December 19, 2018, plaintiff timely responded to the OSC, however, the Court finds no good cause for the lack of prosecution and orders the matter dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: MAR 1 5 2019

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE